UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-60238-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

SHAHRAZAD MIR GHOLIKHAN
*also known as*
Farideh Fahimi

        Defendants.

_____/

## ORDER REMANDING DEFENDANT TO THE CUSTODY OF THE UNITED STATES MARSHAL SERVICE

**THIS CAUSE** came before the Court upon the Government's Motion to Correct

Sentence pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure.  Having granted the

Government's motion, resentencing is set for May 6, 2008 at 9:30 a.m. before the undersigned

Judge.  The Defendant, SHAHRAZAD MIR GHOLIKHAN, is hereby remanded to the custody

of the United States Marshal Service pending resentencing.

    **DONE AND ORDERED** at Fort Lauderdale, Florida, this _1st_ day of May 2008.

                                 **JAMES I. COHN**
                                 **UNITED STATES DISTRICT JUDGE**

cc:    Michael Wallesia, AUSA
       William Barzee, Esq.
       Tracey Wells, AUSPO
       U.S. Marshal Service
       Joseph Skidmore, INS agent