1117 Sawgrass Corporate Parkway
Sunrise, Florida 33323

(954) 838 9290
Fax: (954) 838 9292

# Gateway Trading Group

# FAX

To _MISS FARIDEH FAHIMI_  From _ALEX_

Fax _971 439 0993 0_  Pages _8_

Phones _4227 3362_  Date _11/23/04_

Ref _REVISED BUDGETARY PRO-FORMA_

For Review ____  Please Comment ____  Please Reply ____

Comments

PLEASE FORWARD THIS TO MISS FAHIMI AS SOON AS POSSIBLE

THANKING YOU IN ADVANCE.

**GATEWAY TRADING GROUP INC.**
**1117 Sawgrass Corporate Parkway**
**Sunrise, Florida 33323**

**Tel: 954 838 9290**
**Fax: 954 838 9292**
**E.Mail: gatewaypatrice3@earthlink.net**

November 23, 2004

Att:   Miss Farideh Fahimi

Dear Miss Fahimi:

I will be in Austria on November 30, 2004.  I have booked my flight and made hotel reservations.

My contact number again is 954 232 8196.

Please confirm to me that you can meet with me on November 30.  Please forward a telephone number where I can contact you upon your arrival in Austria.

I will have the sample.  I am sure that the sample will meet the needs of your client in Iran

Looking forward to meeting with you, I am

                                         Yours very truly,

                                         Alex.

# BUDGETARY PRO-FORMA OFFER

1) **Modular Tool Standard Kit, 4 Handles and 3 Heada Cutter Back Pack Deployment Bag**

**Price:** US Dollars $3,000.00 per unit, Ex-Warehouse at G.T.G.

2) **Aim Point Passive Laser Pointer M2 Adapter.**

**Price:** US Dollars $450.00 per unit, Ex-Warehouse at G.T.G.

3) **Monocular Night Vision Device (MNVD), Generation 3, AN/PVS-14 (F 6015 Series), With Hand Free and Standard Accessories.**

Manufacturer: ITT / Litton

**Price:** US Dollars $8,000.00 per unit, Ex-Warehouse at G.T.G.

4) **Binocular Night Vision Goggles, Ground, Generation 3, AN/PVS-23 (F5050)**

Manufacturer: ITT / Litton

**Price:** US Dollars $10,500.00 per unit, Ex-Warehouse at G.T.G.

5) **Night Vision Goggles, Generation 3, AN/PVS-7D, With Hands Free and Standard Accessories.**

Manufacturer: ITT /Litton

**Price:** US Dollars $10,000.00 per unit, Ex-Warehouse at G.T.G.

6) **Binocular 7 X 50 With Laser Range Finder**

**Price:** US Dollars $260.00 per unit, Ex-Warehouse at G.T.G.

**7)** **4X Lens for NVS Systems**

Manufacturer: ITT / Litton

**Price:** US Dollars $450.00 per unit, Ex-Warehouse at G.T.G.

**8)** **G35C Quick Detach (QD) Suppressor for MP-5**

Manufacturer: Heckler & Koch

**Price:** US Dollars $1,100.00 per unit, Ex-Warehouse at G.T.G.

**9)** **TL99 Tactical Light**

Manufacturer: Bruger & Thomet Manufacturing Co,

**Price:** US Dollars $250.00 per unit, Ex-Warehouse at G.T.G.

**10)** **MP-5 Magazine Clip**

Manufacturer: Classic Army

**Price:** Single Magazine Clip:    US Dollars $15.00 per unit, Ex-Warehouse G..T.G.
Dual Magazine Clip:      US Dollars $25.00 per unit, Ex-Warehouse G,T,G,

**11)** **Gentech Trinity Suppressor for SIG 226**

Manufacturer: Gemtech

**Price:** US Dollars $800.00 per unit, Ex-Warehouse at G.T.G.

**12)** **Sky Watch Meteos Wind Meter**

<u>nufa Macturer:</u>    Meteos

**Price:** US Dollars $350.00 per unit, Ex-Warehouse at G.T.G.

**13)** **Nikkon Laser Range Finder 600, Model 7428, 110BUS200600**

Manufacturer: Nikkon

**Price:** US Dollars $400.00 per unit, Ex-Warehouse at G.T.G.

**14)** **Sabor Cut Saw with case**

**Price:** US Dollars $175.00 per unit, Ex-Warehouse at G.T.G.

**15)** **Model SP-C10 SBK Endura Serrated Edge 069 8C 105BK**

Manufacturer: Spyderco Knives

**Price:** US Dollars $100.00 per unit, Ex-Warehouse at G.T.G.

**16)** **Hand held Mini-Tactical Torch 761 PCIMTOOD1**

**Price:** US Dollars $75.00 per unit, Ex-Warehouse at G.T.G.

**17)** **Sup Ram IT Sling**

**Price:** US Dollars $375.00 per unit, Ex-Warehouse at G.T.G.

*
**18)** **Search Cam 2000 Video Camera Illumination, Servo Controlled Articulation (180o) with Auto Centering and Position Feedback, Probe Selction, Pistol Grip Control, Video Monitor with Screen Graphics, Lanyard Strap (2) Battery Charger, Storage Case, Optional Accoutical Search and Two Way Coomo, Extra Monitor Pack 5 AH SC2 Bat 50.**

**Price:** US Dollars $11,000.00 per unit, ex-Warehouse at G.T.G.

*
**19)** **Nomex Black Cloth, Cotton 50%, Polyester 50%, , Width 1500 mm**

**Price:** US Dollars $400.00 per Meter, Ex-Warehouse at G.T.G.
    Note: You cannot purchase fabric to make a shirt for $2,00 to $3.00 a meter.

**20)** **LandYard Coilled 563-90TLPLBK made in USA**

Price; US Dollars $1.00 per unit, Ex-Warehouse at G.T.G.

**21)** **M1 Practical 12 Gauge made by Beneli USA**

**Price:** US Dollars $1.00 per unit, Ex-Warehouse at G.T.G.

**22)** **Frangible 12 Gauge Ammo**

Manufacturer: ALS Technologies, Inc.

**Price:** US Dollars $1.50 per unit, Ex-Warehouse at G.T.G.

**23)** **Wall & Door Breaking Cannon (1Larvoy Wall Banger)**

**Price:** US Dollars $7,800.00 per unit, Ex-Warehouse at G.T.G.

**24)** **Hydraulic Door Ram, Up to 5 Tons**

Manufacturer: Allen

**Price:** US Dollars $3,500.00 per unit, Ex-Warehouse at G.T.G.

**25)** **Pneumatic Door Ram, Uu to 11 Tons**

Manufacturer: Allen

**Price:** US Dollars $2,900.00 per unit, Ex-Warehouse at G.T.G.

**26)** **Swat Helmet With Ballistic Shield**

**Price:** US Dollars $700.00 per unit, Ex-Warehouse at G.T.G.

**27)** **Neck Protector for MSA Gallet Ballistic Helmet for Model 4121**

Manufacturer: Gallet

**Price:** US Dollars $150.00 per unit, Ex-Warehouse at G.T.G.

**28)** **Stabilisator 3000 A1-AEX ALJNCI User Manual, 4 Stowing Starps, 1 Pre-Positioning Sling, 1 Transport Wooden Crate Multi Weapon Kit , Handgun Kit Impact Colimateur.**

Manufacturer: Stabilisator LLC

**Price:** US Dollars $25,000.00 per unit, Ex-Warehouse at G.T.G.

**29)** **Kinife Resitantant Gloves with Code Number 4529 made in Germany**

**Price:** US Doollars $140.00 per unit, Ex-warehouse G.T.G

**30)** **Photon Micro Light with Code 227 P2 KEY YELLOW Made in USA**

**Price:** US Dollars $50.00 per unit, Ex-Warehouse G.T.G.

**31)** **Photon Micro Light with Code 227 P2 KEY WHITE Made in USA**

**Price:** US Dollars $50.00 per unit, Ex-Warehouse G,T,G,

**32)** **Krill Light 360 White with code 227 KL 360x Made in USA**

**Price:** US Dollars $30.00 per unit, Ex-Warehouse G.T.G.

**33)** **Casio G Shock Watch 236-AW571 1AV**

**Price:** US Dollars $130.00 per unit, Ex-Warehouse G.T.G..

**Entry Tools 014-SAPK 02 Made in USA**

**Price:** US Dollars $450.00 per unit, Ex-Warehouse G.T.G.

**Prices:**       Prices are subject to change depending on quantities ordered.

**Deliveries:**   Deliveries are subject to availabilities and stock.

**Availability:** There are stocks available of different equipment for immediate delivery.

**Payment:**      To be negotiated item by item

**Validity:**     This offer is valid for a period of 45 days.